**UNITED STATES of America,**
**Appellee,**

v.

**John DOE, Defendant–Appellant.**

**Docket No. 03–1021.**

United States Court of Appeals,
Second Circuit.

April 25, 2003.

Arthur S. Friedman, New York, NY, for Defendant–Appellant.

Peter G. Neiman, Assistant United States Attorney for the Southern District of New York, New York, NY, for Appellee.

Present: NEWMAN, POOLER, and KATZMANN, Circuit Judges.

**SUMMARY ORDER**

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and it hereby is **AFFIRMED.**

John Doe appeals from the January 3, 2003, judgment of the United States District Court for the Southern District of

New York (Gerard E. Lynch, *Judge*), revoking his bail. Upon consideration of the record, we conclude that the district court had ample grounds for revoking bail and for declining to set new conditions of release.